ACCEPTED
04-14-00620-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
1/14/2015 11:46:25 AM
KEITH HOTTLE
CLERK



# NAMANHOWELL
## SMITH&LEE
ATTORNEYS AT LAW

James M. "Jamie" Parker, Jr.
Union Square II
10001 Reunion Place, Suite 600
San Antonio, Texas 78216
(210) 731-6364
Fax (210) 785-2964

Offices in:
Austin
Fort Worth
San Antonio
Waco

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
01/14/2015 11:46:25 AM
KEITH E. HOTTLE
Clerk

January 14, 2015

Board Certified –
Civil Appellate Law
Texas Board of Legal
Specialization

www.namanhowell.com

**Via Facsimile: (210) 335-2762**
Mr. Keith E. Hottle
Clerk of the Court
Fourth Court of Appeals
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, Texas 78205-3037

Re: Cause No. 204-1400620-CV; *Rosa Obregon Perez, et al. v. The Goodyear Tire & Rubber Company, et al.;* In the Court of Appeals for the Fourth District of Texas at San Antonio, Texas

Dear Mr. Hottle:

Thank you for speaking with me this morning regarding this matter and our Emergency Motion for Access to Sealed Records. I spoke with Mr. Neumann this morning after our conversation, and he has no objection to either my original motion for access to the sealed materials, or to the motion for extension of time that you suggested. So, by virtue of this letter, I would request a one week extension on the deadline for our brief, and for access to the sealed documents as soon as convenient for the Court and staff.

Very truly yours,

James M. "Jamie" Parker, Jr.

cc: Bill Neumann (by fax)

JMP/dts

{03171424.DOC / }